UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. MARTINEZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CORNELIO GARCIA, correctional officer,<br><br>　　　　　　　Defendant. | Case No.: CV F 10-0508 LJO DLB<br><br>ORDER TO RESET SCHEDULING CONFERENCE<br><br>Complaint Filed:　March 20, 2010<br>Hearing Date:　　June 22, 2010<br>Time:　　　　　　9:15 a.m.<br>Location:　　　　Courtroom 9<br>Judge:　　　　　　Hon. Dennis L. Beck |

　　The Court having considered the status report and request to reset the scheduling conference by Plaintiff, and good cause appearing therefor, the scheduling conference currently set for 6/22/2010 is reset to August 9, 2010 at 9:15 a.m. before Magistrate Judge Dennis L. Beck.

　　IT IS SO ORDERED.

　　Dated:　**June 22, 2010**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1